COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 November 19, 2015
 No. 10-13-00175-CV
 BARBARA BATY
 v.
 OLGA L. FUTRELL, CRNA, AND COMPLETE ANESTHESIA CARE, PC
 
 
 From the 40[th] District Court
 Ellis County, Texas
 Trial Court No. 85552
 
--------------------------------------------------------------------------------
JUDGMENT

 This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds no reversible error is presented. Accordingly the trial court's judgments signed on May 6, 2013 are affirmed.
 It is further ordered that Olga L. Futrell and Complete Anesthesia Care, P.C., are awarded judgment against Barbara Baty for the appellate costs that were paid, if any, by Olga L. Futrell and Complete Anesthesia Care, P.C.; and all unpaid appellate court costs, if any, are taxed against Barbara Baty.
A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
PER CURIAM
SHARRI ROESSLER, CLERK

By: ___________________________
 Nita Whitener, Deputy Clerk